

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00037-CR

Willie Earl **HAYWOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 20-0970-CR-A
Honorable Heather H. Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the assessment of court appointed attorney's fees against appellant Willie Earl Haywood, and the judgment is AFFIRMED AS MODIFIED. The trial court clerk is ORDERED to prepare and file in this case a corrected bill of costs showing that no court appointed attorney's fees are assessed against Haywood. Counsel's motion to withdraw is GRANTED.

SIGNED September 21, 2022.

_____
Rebeca C. Martinez, Chief Justice